D-9 (rev. 07/09/14)

FILED
11/30/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

| Court: United States District Court | District: Southern District of Indiana |
|---|---|
| Name: Ra'mar Daniels | Docket or Case No.: 1:22-cv-02306-RLY-MPB |
| Place of Confinement: Pendleton Correctional Facility | Prisoner ID No.: 104542 |
| Name of Petitioner: Ra'mar Daniels  v. | Name of Respondent (Superintendent having custody of petitioner): Dennis Reagle |
| The Attorney General of the State of: Indiana | |

## PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: Disciplinary Hearing Board (DHB), Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana, 46064-9001.

2. Date of judgment of conviction: _____

3. Sanction(s) imposed: credit class demotion, 180 days segregation, 180 days earn credit time lost

4. Nature of all infractions (rule violations) involved: A-117 staff assault Case# ISR21-09-0064

5. What was your plea? (Check one)
   (a) Not Guilty  ☑       (c) Nolo contendere ☐
   (b) Guilty     ☐

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)
   (a) Hearing Officer  ☑
   (b) Full Hearing     ☐
   (c) Other Specify    ☐ _____

7. Did you testify at the disciplinary hearing?  ☑ Yes  ☐ No

8. Did you appeal the decision of guilt and imposition of sanctions?  ☑ Yes  ☐ No

9. If you did appeal, answer the following:

   (a) Name and title of institutional reviewing authority: Arran Smith
   (b) Result of appeal: Denied
   (c) Date of result: 12/13/21
   (d) Grounds raised: Insufficient Evidence, Due process violations

   (e) If you sought review from any denial of your appeal from a high reviewing authority, answer the following:
       (i) Name and title of higher reviewing authority: Central officer
       (ii) Result of higher appeal: Denied
       (iii) Date of result: 12/13/21
       (iv) Grounds raised: Insufficient Evidence, Due process violations

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or federal?  ☐ Yes  ☐ No

11. If your answer to Question 10 was "Yes," please give the following information:

    (1) Name of court:
    (2) Nature of proceeding:
    (3) Grounds raised:

    (4) Did you receive an evidentiary hearing on your petition, motion or application?
        ☐ Yes  ☐ No

    (5) Result:

(6) Date of result:_____

(7) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application?   ☐ Yes   ☐ No

(8) If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not:

_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

A. Ground One: **Newly Discovered Evidence**

_____
_____
_____
_____

Supporting FACTS (state *briefly* without citing cases or law): Daniels was drugged, rush to medical, and then assaulted with tasers by prison officers and written up on "false" staff assaults to cover up there crime. Daniels later sued all involed parties case# 1:22-cv-00924-J MS-DLP, Daniels v. Vankirk, et al.. During discovery officer Leslie "Gray" E-mails was found in which she admits to writing conduct reports and witness statements against Daniels and then just told everyone to sign their name to what she wrote.

This is direct evidence that officer Allison Vankirk did not wrote this false charge against Daniels. Due process require all officers to finish all reports befor the end of their shift. This report was was written well over (3) three days after the incident and was not written by the officer who allegedly was kicked. Its a false report written by Leslie Gray to keep Daniels in prison. see attached E-mail Report allege Vankirk was kicked in stomach, false video report allege she was kicked in her knee.

B. Ground Two: Due Process Violation

Supporting FACTS (state *briefly* without citing cases or law): Due process requires that the officer write their own report as to what they saw, complete the report befor the end of their shift, and a supervisor sign off on the report or the offender can not be charged with the offense. This report was back dated, written by a whole other officer, and the crime was supported by the Cpt. Enest, Jason who signed it. Daniels never assaulted Vankirk, he was drugged, refused medical, given false charges, and Daniels don't believe the District Court was allow to view the video in this case because it's has since been found out that the prison has been showing the incorrect video. Daniels has handcuffs on no shirt and

a bald-head when he is tosed. The prison has been showing a video of another offender and of a incident that Daniels is not even present for.

C. Ground Three:_____

Supporting FACTS (state *briefly* without citing cases or law):_____

D.  Ground Four:_____

_____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in ¶ 12A, B, C and/or D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them:_____

_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

☑ Yes   ☐ No

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

a. Disciplinary hearing: __N/A__
b. Institutional level appeal: __N/A__
c. Higher level appeal: __N/A__

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which petitioner may be entitled in this proceeding.

_Ra'mar Daniels_
(signature)

_Ra'mar Daniels_
(name, printed)
Petitioner / *Pro se*

## AFFIRMATION

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury that the foregoing representations are true and correct to the best of my personal knowledge and belief; and, that this Petition for Writ of Habeas Corpus was placed in the mailing system on the below executed date.

Executed on this 20 day of Nov., 2022

*Ramar Daniels*
(signature)

Ramar Daniels
(name, printed)
Petitioner / *Pro se*

IDOC # 104542
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001